```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

INTERNATIONAL UNION, UNITED MINE
WORKERS OF AMERICA, et al.,

    Plaintiffs,

v.                                            CIVIL ACTION NO. 1:16-12506

CONSOL ENERGY, INC., et al.,

    Defendants.

### MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiffs' motion to extend time to file their response to defendants' motion to dismiss Count II and transfer Count I. (ECF No. 113.) Plaintiffs timely request an extension due to an unusually heavy scheduling conflict involving proceedings in Murray Energy Holdings Co. et al., Bankruptcy Case No. 2:19-bk-56885 (S.D. Ohio). Plaintiffs therefore seek an extension to April 3, 2020 to file their response. Defendants do not oppose the instant motion. (See ECF No. 113.)

For good cause shown, plaintiffs' motion to extend time is **GRANTED**, and the deadline for plaintiffs to file their response to defendants' motion, (ECF No. 111), is **EXTENDED** to April 3, 2020.

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 9th day of March, 2020.

        ENTER:

        *David A. Faber*
        David A. Faber
        Senior United States District Judge